# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1858
Lower Tribunal No. F10-4216
_____

**Pablo Guzman,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Pablo Guzman, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

Affirmed.